

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00772-CR

**EX PARTE** Carlos Alcides **MADRID ARANIVA**

From the County Court, Kinney County, Texas
Trial Court No. 14579CR
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:  Lori I. Valenzuela, Justice
     Lori Massey Brissette, Justice
     H. Todd McCray, Justice

Delivered and Filed: February 12, 2025

DISMISSED

  Appellant, Carlos Alcides Madrid Araniva, filed his motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). The motion, which is signed by Madrid Araniva and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

  Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

             PER CURIAM

DO NOT PUBLISH